**FORM 8. Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

ConvaTec Technologies Inc. v. Smith & Nephew, Inc.

No. 14-1822; 14-1823

# ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se    [✓] As counsel for:    ConvaTec Technologies Inc.
                                     Name of party

I am, or the party I represent is (select one):

[ ] Petitioner    [ ] Respondent    [ ] Amicus curiae    [ ] Cross Appellant
[✓] Appellant     [ ] Appellee      [ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[ ] Petitioner or appellant    [ ] Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | Jeffrey William Guise |
| Law firm: | Wilson Sonsini Goodrich & Rosati |
| Address: | 12235 El Camino Real, Suite 200 |
| City, State and ZIP: | San Diego, CA 92130 |
| Telephone: | (858)350-2300 |
| Fax #: | (858)350-2399 |
| E-mail address: | JGuise@wsgr.com |

Statement to be completed by counsel only (select one):

[✓] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[ ] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 07/14/1993

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[ ] Yes    [✓] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

September 29, 2014
Date

Signature of pro se or counsel

cc: Principal Counsel for all Parties

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed an original copy of the following documents:

**1. ENTRY OF APPEARANCE OF JEFFREY W. GUISE ON BEHALF OF CONVATEC TECHNOLOGIES INC.**

with the U.S. Court of Appeals for the Federal Circuit this 29th day of September, 2014, by electronic delivery through the Court's CM/ECF system and served a copy on counsel of record, to:

Bradley T. Lennie
Hunton & Williams LLP
2200 Pennsylvania Avenue, N.W.
Washington, DC 20037
Tel: (202) 955-1914
Fax: (202)778-2201
Email: blennie@hunton.com

Jeffrey B. Vockrodt
Hunton & Williams LLP
2200 Pennsylvania Avenue, N.W.
Washington, DC 20037
Tel.: (202) 419-2021
Fax: (202) 778-2201
Email: jvockrodt@hunton.com

Christopher H. Yaen
Hunton & Williams LLP
2200 Pennsylvania Avenue, N.W.
Washington, DC 20037
Tel.: (202) 955-1926
Fax: (202) 778-2201
Email: cyaen@hunton.com

David A. Kelly
Hunton & Williams LLP
600 Peachtree Street, NE
Atlanta, GA 30308
Tel.: (404) 888-4280
Fax: (404) 888-4190
Email: dkelly@hunton.com

September 29, 2014

/s/Jeffrey W. Guise
Jeffrey W. Guise