**FORM 8. Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

ConvaTec Technologies Inc.　　v.　Smith & Nephew, Inc.

No. 14-1822; 14-1823

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se　　[✓] As counsel for:　ConvaTec Technologies Inc.
　　　　　　　　　　　　　　　　　　Name of party

I am, or the party I represent is (select one):

[ ] Petitioner　　[ ] Respondent　　[ ] Amicus curiae　　[ ] Cross Appellant
[✓] Appellant　　[ ] Appellee　　　[ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[ ] Petitioner or appellant　　[ ] Respondent or appellee

My address and telephone are:

　Name:　　　　　　　　Richard Torczon
　Law firm:　　　　　　Wilson Sonsini Goodrich & Rosati
　Address:　　　　　　 1700 K Street, NW, Fifth Floor
　City, State and ZIP:　Washington, DC 20006
　Telephone:　　　　　 (202)973-8811
　Fax #:　　　　　　　 (202)973-8899
　E-mail address:　　　RTorczon@wsgr.com

Statement to be completed by counsel only (select one):

[ ] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[✓] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 12/21/1993

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[ ] Yes　　[✓] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

24 Sep 2014
　Date　　　　　　　　　　　　　　　　　　　Signature of pro se or counsel

cc: Principal Counsel for all Parties

123

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed an original copy of the following documents:

**1. ENTRY OF APPEARANCE OF RICHARD TORCZON ON BEHALF OF CONVATEC TECHNOLOGIES INC.**

with the U.S. Court of Appeals for the Federal Circuit this 29th day of September, 2014, by electronic delivery through the Court's CM/ECF system and served a copy on counsel of record, to:

Bradley T. Lennie
Hunton & Williams LLP
2200 Pennsylvania Avenue, N.W.
Washington, DC 20037
Tel: (202) 955-1914
Fax: (202)778-2201
Email: blennie@hunton.com

Jeffrey B. Vockrodt
Hunton & Williams LLP
2200 Pennsylvania Avenue, N.W.
Washington, DC 20037
Tel.: (202) 419-2021
Fax: (202) 778-2201
Email: jvockrodt@hunton.com

Christopher H. Yaen
Hunton & Williams LLP
2200 Pennsylvania Avenue, N.W.
Washington, DC 20037
Tel.: (202) 955-1926
Fax: (202) 778-2201
Email: cyaen@hunton.com

David A. Kelly
Hunton & Williams LLP
600 Peachtree Street, NE
Atlanta, GA 30308
Tel.: (404) 888-4280
Fax: (404) 888-4190
Email: dkelly@hunton.com

September 29, 2014

/s/Richard Torczon
Richard Torczon